IN THE UNITED STATES BANKRUPTCY COURT

FOR THE WESTERN DISTRICT OF TEXAS

EL PASO DIVISION

| | |
|---|---|
| IN RE: | * Chapter 13 |
| | * |
| ANTHONY JOSEPH VALENTINO, JR. | * |
| JACLYN REANNAN VALENTINO | * |
| | * |
| Debtors | * BANKRUPTCY # 14-31169 |
| | * |

## NOTICE OF DEBTOR CHANGING ADDRESS

Mr. & Mrs. Anthony Joseph Valentino, Jr.
2947 FOULOIS PASS
San Antonio, TX 78234

Respectfully submitted,

TANZY & BORREGO
LAW OFFICES, P.L.L.C.
2610 Montana Avenue
El Paso, TX 79903-3712
(915) 566-4300
efile@tanzyborrego.com

_____
Anthony Joseph Valentino, Jr.

_____
Jaclyn Reannan Valentino

By: _Marissa A. Hackert_
EDGAR J. BORREGO, SBN 00787107
MIGUEL A. FLORES, SBN 24036574
MARISSA A. HACKERT, SBN 24087985
Attorneys for Tanzy & Borrego
Law Offices, P.L.L.C.

NOTICE: Debtor(s) address has been changed in the Chapter 13 case.

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon the following parties via electronic means as listed on the court's ECF noticing system or by regular first class mail a true and correct copy of the foregoing instrument to Stuart C. Cox, Chapter 13 Trustee, 1760 N. Lee Trevino, El Paso, TX 79936, and to the Debtor(s), on this the 18 day of May, 2017.

_____
**Edgar J. Borrego/Miguel A. Flores/Marissa A. Hackert**
Attorneys for Tanzy & Borrego Law Offices, P.L.L.C.

TB#33351/MN